## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Indiana** | **County of** | **U.S. Southern Dist. Ct Of Indiana Court** |

Case Number: CV-3144/18

Plaintiff:
**KAYLA PERRY, INDIVIDUALLY ET AL**

vs.

Defendant:
**HEWITT CAPITAL LLC**

For:
51620
SANDERS LAW, PLLC
100 GARDEN CITY PLAZA, STE.500
GARDEN CITY, NY 11530

Received by ELITE LEGAL SERVICES OF NY INC. to be served on **HEWITT CAPITAL LLC C/O UNITED STATES CORPORATION SERVICE AGENTS, INC., 7014 13TH AVENUE, STE. 202, BROOKLYN, NY 11228**.

I, SOPHOCLES TSOUROS, being duly sworn, depose and say that on the **15th day of October, 2018** at **3:55 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS & CLASS ACTION COMPLAINT IN A CIVIL CASE** with the date and hour of service endorsed thereon by me, to: **Lisa Knight** as **Administrative Assistant** for HEWITT CAPITAL LLC C/O UNITED STATES, at the address of: **7014 13TH AVENUE, STE. 202, BROOKLYN, NY 11228**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 165, Hair: Black, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 16th day of October, 2018 by the affiant who is personally known to me.

GERALD E. POINTING
NOTARY PUBLIC - STATE OF NEW YORK
No. 01PO6326208
Quailified in Suffolk County
Commission Expires July 20, 2019

**SOPHOCLES TSOUROS**
2050879

**ELITE LEGAL SERVICES OF NY INC.**
1603 FRANCIS LEWIS BLVD.
WHITESTONE, NY 11357
(718) 831-9060

Our Job Serial Number: ELT-2018007358

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g